Argued April 14, 1975. *Elmer S. Beatty, Jr.,* with him *Ecker and Ecker,* for appellant; *John A. Tumolo,* with him *Murray, O'Neill & Tumolo,* for appellee.

Order affirmed.

## Kelly *v.* Miller (et al., Appellants).

opinion Per Curiam. Argued April 17, 1975. *Edward R. Schellhammer,* for appellants; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: Order of August 29, 1974 vacated and record remanded for reargument before the court en banc below as per rule issued September 11, 1974 in the court below.

## Kovacic *v.* Mixter, Appellant.

order by SAWYER, P. J. Argued April 17, 1975. *George I. Buckler,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellant; *Edward J. Tocci,* for appellee.

Order affirmed.

## Lewis et ux. *v.* Scott, Appellant.

order by DOYLE, J. Argued April 16, 1975. *John A. Caputo,* with him *O'Donnell, Bresnahan, Caputo and Capristo,* for ap-